UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORETTA MCNAMARA WEAVER,

    Plaintiff,

v.                                                Case No. 12-13807

NORTH CANTON TRANSFER, LLC, et al.,

    Defendants.
                                                    /

**ORDER DESIGNATING LOCAL COUNSEL**

Defendants apply to designate no local counsel, and, in the alternative, Defendants ask to designate Anthony Calamunci as local counsel. Accordingly,

IT IS ORDERED that Defendants' application [Dkt. # 13] is GRANTED IN PART in that, under Local Rule 83.20(f), Anthony Calamunci is designated as Defendants' local counsel.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: February 7, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 7, 2013, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522