UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORETTA McNAMARA WEAVER,
as Personal Representative of the Estate
of SCOTT R. WEAVER, Deceased,

    Plaintiff,

vs.

NORTH CANTON TRANSFER, LLC,
a Foreign corporation, KENAN ADVANTAGE
GROUP, a Foreign corporation, KAG LEASING,
INC., a Foreign corporation, MARATHON
PETROLEUM COMPANY LIMITED PARTNERSHIP,
a Foreign corporation, and MARLIN RAY MAST, SR.,
Jointly and Severally,

    Defendants.

Case No. 2:12-cv-13807
HON. Robert H. Cleland

_____/

| | |
|---|---|
| JEFFREY L. TOLARI (P33503)<br>KATHY CONTOS NASH (P30363)<br>NEMIER, MATHIEU, NASH<br>  & JOHNSON, PLLC<br>Attorneys for Plaintiff<br>37000 Grand River Avenue, Suite 300<br>Farmington Hills, MI 48335<br>(248) 476-6999<br>FAX: (248) 476-6929<br>jtolari@nemierlaw.com<br>knash@nemierlaw.com | MARSHAL M. PITCHFORD (OH#0071202)<br>RANDALL J. MOORE (OH#0018337)<br>CHRISTOPHER E. COTTER (OH#0084021)<br>ROETZEL & ANDRESS<br>Attys for Defs North Canton Transfer, LLC,<br>Kenan Advantage Group, Kag Leasing, Inc.,<br>and Marlin Ray Mast, Sr. ("KAG DEFENDANTS")<br>222 South Main Street, Suite 400<br>Akron, OH 44308<br>(330) 376-2700 - Fax: (330) 376-4577<br>mpitchford@ralaw.com<br>rmoore@ralaw.com<br>ccotter@ralaw.com |

LAW OFFICES
NEMIER, MATHIEU, NASH,
& JOHNSON, P. L. L. C.
37000 GRAND RIVER AVE.
SUITE. 300
FARMINGTON HILLS,
MICHIGAN 48335

(248) 476-6999
(248) 476-6929 FAX

ANTHONY J. CALAMUNICI (P75076)
AMY L. BUTLER (OH#0075714)
ROETZEL & ANDRESS, LPA
Attys for Defs North Canton Transfer,
LLC, Kenan Advantage Group, Kag
Leasing, Inc., and Marlin Ray Mast,
Sr. ("KAG DEFENDANTS")
One Seagate, Suite 1700
Toledo, OH 43604
(419) 242-7985
Facsimile: (419) 242-0316
acalamunci@ralaw.com
abutler@ralaw.com
_____/

## ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO SETTLE WRONGFUL DEATH ACTION

At a session of said Court held in the City of Detroit, County of Wayne and State of Michigan on:

MAR 1 3 2014

PRESENT: ROBERT H. CLELAND
United States District Court Judge

This matter having come before the Court on Plaintiff's Motion for authority to Settle Wrongful Death Action, the Personal Representative having appeared in Court, testimony having been given, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the plaintiff, LORETTA McNAMARA WEAVER, Personal Representative of the Estate of Scott R. Weaver, deceased, is authorized to settle the Wrongful Death Action against the defendants, NORTH CANTON TRANSFER, LLC, KENAN ADVANTAGE GROUP, KAG LEASING, INC., and MARLIN RAY MAST, SR. ("KAG DEFENDANTS), in the sum of FOUR MILLION ($4,000,000.00) DOLLARS

LAW OFFICES
NEMIER, MATHIEU, NASH,
& JOHNSON, P. L. L. C.
37000 GRAND RIVER AVE.
SUITE. 300
FARMINGTON HILLS,
MICHIGAN 48335

(248) 476-6999
(248) 476-6929 FAX

2

and 00/100.

IT IS FURTHER ORDERED that the Plaintiff, LORETTA McNAMARA WEAVER, is authorized to execute all documents necessary to effectuate the settlement.

IT IS FURTHER ORDERED that the Plaintiff, LORETTA McNAMARA WEAVER, shall file a Motion for Authority to Distribute Wrongful Death Proceeds and provide notice to the Interested parties, pursuant to the Michigan Wrongful Death Act.

_____
HON. Robert H. Cleland
United States District Court Judge

APPROVED:

_____
JEFFREY L. TOLARI (P33503)
Attorney for Plaintiff

_____
MARSHAL M. PITCHFORD (OH#071202)
Attorney for Defendants

LAW OFFICES
NEMIER, MATHIEU, NASH, & JOHNSON, P. L. L. C.
37000 GRAND RIVER AVE.
SUITE 300
FARMINGTON HILLS, MICHIGAN 48335

(248) 476-6999
(248) 476-6929 FAX

3